Fill in this information to identify the case:

Debtor Name **Christian Care Centers, Inc.**

United States Bankruptcy Court for the:

**NORTHERN** District of **TEXAS**
(State)

Case number (*If known*): _____ Chapter **11**

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the thirty (30) largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the thirty (30) largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Quality Care Rehab<br>8477 S. Suncoast Blvd.<br>Homosassa, FL 34446 | Trina Fisk<br>352-382-4800<br>tfisk@therapytmgmt.com | Vendor | | | | $324,922.36 |
| 2 | Resident 205273<br>(address redacted) | Redacted | Entrance Fee Refund | Contingent | | | $189,364.50 |
| 3 | Robert Zarbaugh<br>(address redacted) | Redacted | Former Employee | | | | $186,536.00 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 4 | Resident 205287 (address redacted) | Redacted | Entrance Fee Refund | Contingent | | | $177,840.00 |
| 5 | Resident 205292 (address redacted) | Redacted | Entrance Fee Refund | Contingent | | | $177,840.00 |
| 6 | Resident 205234/205235 (address redacted) | Redacted | Entrance Fee Refund | Contingent | | | $169,358.50 |
| 7 | US Foodservice, Inc. P O Box 843202 Dallas, TX 75284-3202 | Charlene Gross 972-487-6200 Charlene.Gross@usfoods.com | Vendor | | | | $166,776.68 |
| 8 | Resident 205184 (address redacted) | Redacted | Entrance Fee Refund | Contingent | | | $166,500.00 |
| 9 | Resident 233 (address redacted) | Redacted | Entrance Fee Refund | | | | $160,875.00 |
| 10 | Resident 205175 (address redacted) | Redacted | Entrance Fee Refund | Contingent | | | $160,852.50 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 11 | **Former Resident 3 (address redacted)** | **Redacted** | **Entrance Fee Refund** | | | | **$156,330.00** |
| 12 | **Resident 2030307 (address redacted)** | **Redacted** | **Entrance Fee Refund** | | | | **$154,552.50** |
| 13 | **Resident 205262 (address redacted)** | **Redacted** | **Entrance Fee Refund** | **Contingent** | | | **$152,775.00** |
| 14 | **Resident 205238 (address redacted)** | **Redacted** | **Entrance Fee Refund** | **Contingent** | | | **$151,452.50** |
| 15 | **Resident 205146 (address redacted)** | **Redacted** | **Entrance Fee Refund** | **Contingent** | | | **$149,891.00** |
| 16 | **Resident 205197 (address redacted)** | **Redacted** | **Entrance Fee Refund** | **Contingent** | | | **$141,500.00** |
| 17 | **SISCO LeadingAge Texas Premium 800 Main Street Dubuque, IA 52001** | **Jordan Steuer 563-587-5174 jsteuer@siscobenefits.com** | **Vendor** | | | | **$139,515.49** |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — Total claim, if partially secured | Amount of unsecured claim — Deduction for value of collateral or setoff | Amount of unsecured claim — Unsecured claim |
|---|---|---|---|---|---|---|
| 18 **Resident 205293** (address redacted) | Redacted | Entrance Fee Refund | Contingent | | | $139,500.00 |
| 19 **McKesson Medical-Surgical c/o Minnesota Supply, Inc. P O Box 630693 Cincinnati, OH 45263-0693** | **Theresa Schrimpf 800-453-5180 Theresa.Schrimpt @McKesson.com** | Vendor | | | | $138,545.08 |
| 20 **Resident 205216** (address redacted) | Redacted | Entrance Fee Refund | Contingent | | | $138,020.50 |
| 21 **Resident 205249** (address redacted) | Redacted | Entrance Fee Refund | Contingent | | | $134,640.00 |
| 22 **Resident 205254/205255** (address redacted) | Redacted | Entrance Fee Refund | Contingent | | | $134,640.00 |
| 23 **Resident 205223** (address redacted) | Redacted | Entrance Fee Refund | Contingent | | | $132,320.50 |
| 24 **Resident 2020323** (address redacted) | Redacted | Entrance Fee Refund | Contingent | | | $129,168.00 |
| 25 **Resident 205185/205186** (address redacted) | Redacted | Entrance Fee Refund | Contingent | | | $125,320.50 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 26 | **Resident 205213 (address redacted)** | **Redacted** | **Entrance Fee Refund** | **Contingent** | | | **$118,800.00** |
| 27 | **Resident 205231/205232 (address redacted)** | **Redacted** | **Entrance Fee Refund** | **Contingent** | | | **$118,800.00** |
| 28 | **Resident 205264 (address redacted)** | **Redacted** | **Entrance Fee Refund** | **Contingent** | | | **$115,776.00** |
| 29 | **Resident 205191 (address redacted)** | **Redacted** | **Entrance Fee Refund** | **Contingent** | | | **$114,841.80** |
| 30 | **Resident 205268 (address redacted)** | **Redacted** | **Entrance Fee Refund** | **Contingent** | | | **$113,814.00** |