Buffey E. Klein
State Bar No. 2403251
Buffey.Klein@huschblackwell.com
HUSCH BLACKWELL LLP
1900 N. Pearl Street, Suite 1800
Dallas, Texas 75201
(214) 999-6100; fax (214) 999-6170

Lauren Hayes
State Bar No. 24081961
Lauren.Hayes@huschblackwell.com
Amber Fly
State Bar No. 24101761
Amber.Fly@huschblackwell.com
HUSCH BLACKWELL LLP
111 Congress Avenue, Suite 1400
Austin, Texas 78701
(512) 472-5456; fax (512) 479-1101

*Proposed Attorneys for the
Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

----------------------------------------------------------------x
In re:                                                          §   Case No. 22-80000-sgj11
                                                                §   (Jointly Administered)
CHRISTIAN CARE CENTERS, INC. and                                §
CHRISTIAN CARE CENTERS FOUNDATION,                              §   Chapter 11
INC. [1]                                                        §
                    Debtors.                                    §
                                                                §
----------------------------------------------------------------x

**NOTICE OF ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS**

The Debtors Christian Care Centers, Inc. and Christian Care Centers Foundation, Inc. (collectively the "Debtors") file this Notice of Assumption and Assignment of Executory Contracts pursuant to the Order Approving Bid Procedures and Protections in connection with the Sale of Substantially all of the Debtors' Assets, Approving Procedures for the Assumption and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Christian Care Centers, Inc. (9664) and Christian Care Centers Foundation (3572). The Debtors' mailing address is 900 Wiggins Parkway, Mesquite TX 75150.

Assignment of Executory Contracts, Setting Final Hearing on Sale, and Granting Other Related Relief, Doc. 184 (the "Bid Procedures Order"). In support of the same, the Debtors state:

North Texas Benevolent Holdings, LLC was the Successful Bidder pursuant to the Bid Procedures Order and the Bid Procedures. North Texas Benevolent Holdings, LLC has informed the Debtors the following executory contracts will be assumed and assigned pursuant to the Bid Procedures Order:

1. Oil, Gas and Mineral Lease dated September 5, 2003, between Four Sevens Oil Co. Ltd. and Charitable Properties, Inc;

2. Oil, Gas and Mineral Lease dated September 5, 2003, between Four Sevens Oil Co. Ltd. and The Lakewood Retirement Community Homeowners Association, Inc.;

3. Oil and Gas Lease dated August 31, 2005, between Four Sevens Oil Co. Ltd. and Surrey Oaks LLC;

4. All Residency Agreements; and

5. All payor provider agreements, including the Debtors' agreements with the following entities:

   a. Blue Cross and Blue Shield of Texas
   b. Care N' Care Insurance Company, Inc.
   c. Care N' Care Insurance Company, Inc.
   d. Humana Insurance Company
   e. Molina Healthcare of Texas, Inc.
   f. Amerigroup
   g. Aetna
   h. Baylor Quality Alliance (BQA)
   i. Methodist ACO
   j. Zelis
   k. UHC West (Secure Horizon)
   l. UHC Navigate
   m. UHC Compass
   n. TriCare West Region

      o. United Healthcare
      p. United Healthcare/OPTUM
      q. Southwest Health Resources
      r. Superior HealthPlan
      s. Any additional agreements disclosed to Purchaser on or prior to the Closing Date.

North Texas Benevolent Holdings, LLC is still evaluating whether it intends to seek the assumption and assignment of additional executory contracts. North Texas Benevolent Holdings, LLC has provided adequate assurance of future performance by, among other things, posting an initial escrow deposit of $2,000,000.00 and an additional escrow deposit of $2,000,000.00 for the purchase of the assets pursuant to the terms of the Asset Purchase Agreement between the Debtors and North Texas Benevolent Holdings, LLC.

Dated: July 18, 2022.

Respectfully Submitted,

/s/ Buffey E. Klein
Buffey E. Klein
State Bar No. 24032515
Buffey.Klein@huschblackwell.com
HUSCH BLACKWELL LLP
1900 N. Pearl Street, Suite 1800
Dallas, Texas 75201
(214) 999-6100; fax (214) 999-6170

Lauren Hayes
State Bar No. 24081961
Lauren.Hayes@huschblackwell.com
Amber Fly
State Bar No. 24101761
Amber.Fly@huschblackwell.com
HUSCH BLACKWELL LLP
111 Congress Avenue, Suite 1400
Austin, Texas 78701
(512) 472-5456; fax (512) 479-1101

*Proposed Attorneys for the
Debtors and Debtors-in-Possession*

## CERTIFICATE OF SERVICE

  The undersigned certifies that the foregoing was served on all parties who received a Cure and Possible Assumption and Assignment Notice, on this 18th day of July 2022.

                */s/ Buffey E. Klein*
                Buffey E. Klein